Argued October 20, affirmed October 30, reconsideration denied December 5, 1978, petition for review denied January 9, 1979
285 Or 1

HALLBERG, *Respondent,*

*v.*

MANIFOLD BUSINESS AND INVESTMENTS, INC., *Appellant.*

(No. 169 920, CA 11026)

585 P2d 767

James Scudder, Troutdale, argued the cause and filed the brief for appellant.

William J. Keys, Portland, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

## PER CURIAM.

The District Court Appellate Rules provide:

"* * * * *

"Each assignment of error shall be clearly and succinctly stated under a separate and appropriate heading. The assignment of error must be specific and must set out verbatim the pertinent portions of the record. Assignments of error which the court can consider only by searching the record for the proceedings complained of will not be considered."

"* * * *." DCAR 5.7

Affirmed.